UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMBER M. ANDRUS,<br><br>Defendant. | CASE NO. CR02-192-JCC<br><br>SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE |

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on October 30, 2007. The United States was represented by Sarah Vogel. The defendant was represented by Jeffrey Smith.

## CONVICTION AND SENTENCE

Defendant had been convicted of Identity Theft on or about January 17, 2007. The Honorable Marsha J. Pechman of this court sentenced Defendant to 5 years of supervised release. The conditions of supervised release included requirements that defendant comply with the standard 13 conditions.

## DEFENDANT'S ADMISSION

U.S. Probation Officer Jeff Robison for Brian Johnson alleged that Defendant violated the conditions of supervised release in one respect:

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -1-

      (1)    Failing to make payment toward his legal financial obligation as directed since June 28, 2004, in violation of special condition that he pay restitution in the amount of $25,155.01.

I advised the defendant of the charge and of his constitutional rights. The defendant admitted the violation, waived any hearing as to whether it occurred, and consented to having the matter set for a disposition hearing.

RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that Defendant has violated the conditions of his supervised release as alleged and set the matter for a disposition hearing.

Defendant has been released on continued supervision pending a final determination by the Court.

DATED this 30th day of October, 2007.

_____
MONICA J. BENTON
United States Magistrate Judge

cc:    Sentencing Judge    :    Hon. Marsha J. Pechman
       Assistant U.S. Attorney    :    Sarah Vogel
       Defense Attorney    :    Jeffrey Smith
       U. S. Probation Officer    :    Jeffrey Robison

SUMMARY REPORT OF U.S. MAGISTRATE JUDGE AS
TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE
PAGE -2-